FILED:  August 5, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-8

(3:92-cr-00068-JRS-1)

(3:98-cv-00361-JRS)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
|---|---|
| Originating Case Number | 3:92-cr-00068-JRS-1 3:98-cv-00361-JRS |
| Date notice of appeal filed in originating court: | 07/24/2013 |
| Appellant (s) | Richard Tipton |
| Appellate Case Number | 13-8 |
| Case Manager | RJ Warren 804-916-2702 |