FILED:  August 7, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-8
(3:92-cr-00068-JRS-1)
(3:98-cv-00361-JRS)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

_____

O R D E R

_____

The court appoints Jeffrey L. Ertel to represent Richard Tipton on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk