# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

_____

## NOTICE

_____

August 7, 2013

No.  13-8,          US v. Richard Tipton
                    3:92-cr-00068-JRS-1, 3:98-cv-00361-JRS


TO:   Clerk, U.S. District Court


Under Rule 11(a) of the Rules Governing Section 2255 Cases, the district court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."

There does not appear to have been a ruling on the certificate of appealability with respect to the district court's May 28, 2013, order.

Please notify this court upon issuance of a ruling on the certificate of appealability.

Thank you for your assistance.

Patricia S. Connor, Clerk
804-916-2764


cc:   Neil Harvey MacBride, Esq.
      Jeffrey L. Ertel, Esq.