Filed:  August 22, 2013

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

### PRELIMINARY BRIEFING ORDER
_____

No.  13-8,         US v. Richard Tipton
                   3:92-cr-00068-JRS-1, 3:98-cv-00361-JRS

Briefing shall proceed on the following schedule:

Appendix due: 10/01/2013

Opening brief due: 10/01/2013

The briefs and appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov). All parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs pursuant to Local Rules 28(a) and 28(d).

Failure to file an opening brief within the scheduled time may lead to imposition of sanctions against court-appointed counsel or dismissal of the case pursuant to Local Rule 45 for failure to prosecute. The court discourages motions for extension of time and grants extensions of the briefing schedule only in extraordinary circumstances upon a showing of good cause. Local Rule 31(c).

Pursuant to Local Rule 34(a), the court may, on its own initiative and without prior notice, screen an appeal for decision on the parties' briefs without oral argument. If a case is selected for the oral argument calendar, counsel will receive notice that the case has been tentatively calendared for a specific court session approximately two month in advance of the session.

/s/ PATRICIA S. CONNOR, CLERK
By: RJ Warren, Deputy Clerk