# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 28, 2013

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.  13-8,          US v. Richard Tipton
                    3:92-cr-00068-JRS-1, 3:98-cv-00361-JRS

TO:    Neil Harvey MacBride

REQUESTED FORM(S) DUE:  September 3, 2013

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site. Noncompliance with the court's filing requirements will lead to initiation of disciplinary proceedings pursuant to Local Rule 46(g) and will result in dismissal as to appellant pursuant to Local Rule 45.

---

 [X] Appearance of counsel [eFiler status required] from the United States of America


RJ Warren, Deputy Clerk
804-916-2702