IN THE

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 13-8

_____

RICHARD TIPTON

Appellant,

v.

UNITED STATES OF AMERICA

Appellee.

_____

**UNOPPOSED MOTION FOR THIRTY DAY EXTENSION
IN WHICH TO FILE APPELLANT'S INITIAL BRIEF**

_____

Jeffrey L. Ertel
Lindsay Bennett
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org
lindsay_bennett@fd.org

ATTORNEYS FOR APPELLANT

CASE NO. 13-8

CERTIFICATE OF INTERESTED PERSONS

Counsel hereby certifies that the following have an interest in the outcome

of this case:

(a)    Stephen Northrup, former counsel for Appellant;
(b)    Frederick Gerstin, former counsel for Appellant;
(c)    Paul Enzina, counsel for James Roane;
(d)    Michael Barta, counsel for James Roane;
(e)    Robert Erickson, counsel for Appellee;
(f)    G. Wingate Grant, counsel for Appellee;
(g)    Barbara Hartung, counsel for Cory Johnson;
(h)    Edward Scher, counsel for Cory Johnson;
(i)    Howard Vick, trial counsel for Appellee;
(j)    William Parcell, trial counsel for Appellee;
(k)    Robert Geary, trial counsel for Appellant;
(l)    Eric White, trial counsel for Appellant;
(m)    Craig Cooley, trial counsel for Cory Johnson;
(n)    John McGarvey, tial counsel for Cory Johnson;
(o)    David Baugh, trial counsel for James Roane;
(p)    Arnold Henderson, trial counsel for James Roane;
(q)    Robert Wagner, trial counsel for Sandra Reavis;
(r)    Hon. James Spencer, United States District Court.

C 1 of 1

## MOTION TO CONTINUE BRIEFING SCHEDULE

Comes now, Petitioner/Appellant, RICHARD TIPTON through undersigned counsel, who hereby moves this Court to extend the time for filing Appellant's brief in the above-styled case from October 1, 2013 until October 31, 2013. In support of this Motion, Appellant shows as follows:

(1)

Petitioner is a death sentenced inmate who, via a Motion For Relief from Judgement made pursuant to F.R.Civ.P 60(b) seeing to challenge the decision of the Federal District Court for the Eastern District of Virginia denying his Motion to Vacate, Set Aside or Correct made pursuant to 28 U.S.C. §2255.

(2)

In his initial post-conviction proceedings, Appellant litigated numerous claims in the district court alleging his conviction and sentence were unconstitutionally obtained including that he received ineffective assistance of counsel at trial and on appeal.

(3)

Post-conviction counsel in those initial proceedings, presented no evidence or testimony in support of the claim that Appellant was denied effective assistance of counsel at the penalty phase of his capital trial.

1

(4)

The district court denied Mr. Tipton's claims on May 1, 2003. *United States v. Roane, et al*, No. No. 3:92CR68.

(5)

This Court affirmed the district court's denial of 2255 relief on August 9, 2004. *United States v. Roane et al*, 378 F.3d 382 (2004).

(6)

The Supreme Court denied certiorari on October 3, 2005.

(7)

Thereafter, on March 20, 2012, the United States Supreme Court decided *Martinez v. Ryan*, 132 S.Ct. 1309 (2012) which recognized that ineffective assistance of post-conviction counsel in the first proceedings that a sixth amendment challenge to trial counsel's performance can serve as cause and prejudice to excuse any claims that were found to be procedurally defaulted.

(8)

Thereafter, on March 19, 2013, Mr. Tipton filed a Motion for Relief from Judgement with the district court based on the Supreme Court's decision in *Martinez*.

(9)

On May 28, 2013, the district court dismissed the 60(b) Motion erroneously finding the Motion should instead be treated as a successive 2255 petition.

(10)

On July 25, 2013, Mr. Tipton timely filed his Notice of Appeal.

(11)

Subsequently, this Court set October 1, 2013 as the date Mr. Tipton's Initial Brief is to be filed.

(12)

Because of other obligations of undersigned counsel, Mr. Tipton requests a thirty (30) day extension of time in which to file his initial brief.

(13)

Undersigned counsel, Jeffrey Ertel, is counsel of record in *United States v. Tremaine Hutchinson*, No. 1:12-CR-409, a case that is specially set for trial in October of 2013. That case involves enticement of minors, and extortion of minors for sexual purposes. There are twenty four (24) counts in the indictment and seventeen "actual victims" who are expected to testify. Mr. Ertel has devoted considerable time to preparing Mr. Hutchinson's case for trial. Further, Mr. Ertel is counsel of record in *Waldrip v. Humphrey*, a capital habeas case in which a

3

Motion for Rehearing *En Banc* was recently filed.  Moreover, Mr. Ertel (as well as Ms. Bennett) is counsel of record in *United States v. Mitrovic*, 1:13-CR-311, a case involving alleged war crimes in the Bosnian War.  The case is specially set and it is expected that extensive travel (including to Bosnia) will be involved for counsel in preparation for trial.

(14)

Undersigned Counsel, Lindsay Bennett is counsel of Record in *Gissendanner v. Humphrey,* a capital habeas corpus case in which Ms. Bennett recently conducted oral argument.  In addition, Ms. Bennett is counsel fo record in *Fults v. Humphrey,* another capital habeas corpus case in which oral argument is scheduled for September 30, 2013.

(15)

Because of all the above matters, undersigned counsel is unable to adequately research and prepare the brief for this case by October 1, 2013 and requests an extension in this matter.

(16)

Undersigned counsel has spoken with counsel for the Respondent/Appellee, G. Wingate Grant, who has no objection to this Court granting a 30 day extension.

WHEREFORE, undersigned counsel requests that this Court grant this

4

motion to continue the due date of Mr. Tipton's brief and be given until October

31, 2013 before said brief is due.

Dated, this the 23rd of September, 2013.

Respectfully submitted,

/s/ Jeffrey L. Ertel
JEFFREY L. ERTEL

/s/ Lindsay Bennett
LINDSAY BENNETT
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org
lindsay_bennett@fd.org

COUNSEL FOR MR. TIPTON

CERTIFICATE OF SERVICE

I, hereby certify that the forgoing has been served upon the following using

the CM/ECF system which will automatically send email notification of such

filing :

G. Wingate Grant, II,
United States Attorney
600 East Main Street
Suite 1800
Richmond, Virginia 23219

Dated, this the 23rd day of September, 2013.

/s/ Lindsay Bennett
LINDSAY BENNETT