FILED: September 23, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-8

(3:92-cr-00068-JRS-1)
(3:98-cv-00361-JRS)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

        Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for

filing the opening brief and appendix to October 31, 2013.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk