IN THE

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 13-8

_____

RICHARD TIPTON

Appellant,

v.

UNITED STATES OF AMERICA

Appellee.

_____

**MOTION TO WITHDRAW APPEAL**

_____

Jeffrey L. Ertel
Lindsay Bennett
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia  30303
(404) 688-7530
jeff_ertel@fd.org
lindsay_bennett@fd.org

ATTORNEYS FOR APPELLANT

CASE NO. 13-8

## CERTIFICATE OF INTERESTED PERSONS

Counsel hereby certifies that the following have an interest in the outcome of this case:

(a)   Stephen Northrup, former counsel for Appellant;
(b)   Frederick Gerstin, former counsel for Appellant;
(c)   Paul Enzina, counsel for James Roane;
(d)   Michael Barta, counsel for James Roane;
(e)   Robert Erickson, counsel for Appellee;
(f)   G. Wingate Grant, counsel for Appellee;
(g)   Barbara Hartung, counsel for Cory Johnson;
(h)   Edward Scher, counsel for Cory Johnson;
(i)   Howard Vick, trial counsel for Appellee;
(j)   William Parcell, trial counsel for Appellee;
(k)   Robert Geary, trial counsel for Appellant;
(l)   Eric White, trial counsel for Appellant;
(m)   Craig Cooley, trial counsel for Cory Johnson;
(n)   John McGarvey, tial counsel for Cory Johnson;
(o)   David Baugh, trial counsel for James Roane;
(p)   Arnold Henderson, trial counsel for James Roane;
(q)   Robert Wagner, trial counsel for Sandra Reavis;
(r)   Hon. James Spencer, United States District Court.

C-1

## MOTION TO WITHDRAW APPEAL

Comes now, Petitioner/Appellant, RICHARD TIPTON through undersigned counsel, who hereby moves this Court to allow him to voluntarily withdraw his appeal.  In support of this Motion, Appellant shows as follows:

(1)

Petitioner is a death sentenced inmate who, via a Motion For Relief from Judgement made pursuant to F.R.Civ.P 60(b) seeking to challenge the decision of the Federal District Court for the Eastern District of Virginia denying his Motion to Vacate, Set Aside or Correct made pursuant to 28 U.S.C. §2255.

(2)

On March 19, 2013, Mr. Tipton filed a Motion for Relief from Judgement with the district court based on the Supreme Court's decision in *Martinez v. Ryan*, 132 S.Ct. 1309 (2012) .

(3)

On May 28, 2013, the district court dismissed the 60(b) Motion finding the Motion should instead be treated as a successive 2255 petition.

(4)

On July 25, 2013, Mr. Tipton timely filed his Notice of Appeal.

1

(5)

Subsequently, this Court granted an extension of time in which to file an initial brief to October 31, 2013.

(6)

Counsel for Mr. Tipton, Lindsay Bennett, has discussed the matter with Mr. Tipton and Mr. Tipton has expressed his desire to withdraw instant appeal.

(7)

Undersigned Counsel's assistant has conferred with the Assistant United States Attorney assigned to this case and is authorized to report that the Government does not oppose this motion.

WHEREFORE, undersigned counsel requests that this Court grant this motion and allow Mr. Tipton to voluntarily withdraw the instant appeal without prejudice.

2

Dated, this the 29th of October, 2013.

Respectfully submitted,

*S/Jeffrey L. Ertel*
JEFFREY L. ERTEL

*S/Lindsay Bennett*
LINDSAY BENNETT

FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, NW
Suite 1500
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org
lindsay_bennett@fd.org
COUNSEL FOR MR. TIPTON

3

## CERTIFICATE OF SERVICE

I, hereby certify that the forgoing has been served upon counsel for the

Government, by hand delivery at the following address:

> G. Wingate Grant, II,
> United States Attorney
> 600 East Main Street
> Suite 1800
> Richmond, Virginia 23219

Dated, this the 29th day of October, 2013.

*S/ Lindsay Bennett*