FILED:  October 29, 2013

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

_____

No. 13-8
(3:92-cr-00068-JRS-1)
(3:98-cv-00361-JRS)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this appeal without prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion and dismisses this appeal without prejudice.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk